UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES-RAMOS, ) | Civil No.06cv2448-JAH(NLS) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER SETTING** |
| v. ) | ***TELEPHONIC* EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| MICHAEL CHERTOFF, Secretary, Dept. of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY ORDERED** that a *telephonic* Early Neutral Evaluation of your case will be held on *February 14, 2007* at *2:00 p.m.* before Magistrate Judge Nita L. Stormes. **Only counsel for the parties shall appear for the telephonic conference. Plaintiff's counsel shall initiate and coordinate the conference call**.

The following are <u>mandatory</u> guidelines for the parties preparing for the Early Neutral Evaluation Conference.

1.  **Purpose of Conference:**  The purpose of the Early Neutral Evaluation Conference ("ENE") is to permit an informal discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. All conference discussions will be informal, off the record, privileged and confidential. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

2.  **Confidential ENE Statements Required:**  No later than <u>three (3) court days</u> prior to the ENE, the parties shall submit confidential statements of five pages or less directly to the chambers of

1 | Magistrate Judge Stormes outlining the nature of the case, the claims, and the defenses.  <u>These
2 | statements shall not be filed or served on opposing counsel.</u>

3 |     3.    **<u>New Parties Must Be Notified by Plaintiff's Counsel:</u>** Plaintiff's counsel shall give
4 | notice of the ENE to parties responding to the complaint after the date of this notice.

5 |     4.    **<u>Case Management Under the Amended Federal Rules:</u>** In the event the case does not
6 | settle at the ENE, the parties can expect to leave the ENE with Rule 26 compliance dates or deadlines.
7 | Parties shall therefore be prepared to discuss the following matters at the conclusion of the ENE
8 | conference:

9 |     a.    Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to
10 |     the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);
11 |     b.    The scheduling of the Federal Rule of Civil Procedure 26(f) conference within 24
12 |     days following the ENE:
13 |     c.    The date of initial disclosure and the date for lodging the discovery plan within 14
14 |     days following the Rule 26(f) conference; and,
15 |     d.    The scheduling of a Case Management Conference pursuant to Federal Rule of
16 |     Civil Procedure 16(b) within 21 days following the Rule 26(f) conference.

17 | The Court will issue an order following the ENE addressing these issues and setting dates as
18 | appropriate.

19 |     5.    **<u>Requests to Continue an ENE Conference</u>:** Local Rule 16.1(c) requires that an ENE
20 | take place within 45 days of the filing of the first answer.  Requests to continue ENEs are rarely granted.
21 | However, the Court will consider formal, written *ex parte* requests to continue an ENE conference when
22 | extraordinary circumstances exist that make a continuance appropriate.  In and of itself, having to travel
23 | a long distance to appear in person is not "extraordinary."  **Absent extraordinary circumstances,**
24 | **requests for continuances will <u>not</u> be considered *unless* submitted in *writing* no less than seven (7)**
25 | **days prior to the scheduled conference.**

26 | Questions regarding this case or the mandatory guidelines set forth herein may be directed to the
27 | Magistrate Judge's law clerks at (619) 557-5391.
28 | / / /

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

DATED: January 8, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

# NOTICE OF RIGHT TO CONSENT TO TRIAL
# BEFORE A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.